| | | | | |
|---|---|---|---|---|
| Hildyard v. Citizens Medical Center | 105,468 | Denied | 08/29/13 | Unpublished |
| Hinkle v. State | 107,267 | Denied | 08/19/13 | Unpublished |
| Hobby v. State | 105,138 | Denied | 09/04/13 | Unpublished |
| Hockenbarger v. City of Topeka | 103,604 106,976 | Denied | 09/04/13 | Unpublished |
| Hollingsworth v. State | 106,357 | Denied | 05/20/13 | Unpublished |
| Hopkins v. McCollam | 108,330 | Denied | 08/29/13 | Unpublished |
| Horn v. State | 105,662 | Denied | 04/08/13 | Unpublished |
| Howard v. State | 106,782 | Denied | 08/19/13 | Unpublished |
| In re A.C. | 108,473 | Denied | 05/22/13 | Unpublished |
| In re A.M. | 108,012 108,013 108,014 108,015 108,016 108,017 | Denied | 06/19/13 | Unpublished |
| In re Adoption of Baby R. | 108,175 | Denied | 06/19/13 | Unpublished |
| In re Care & Treatment of Chubb | 105,570 | Granted; summarily reversed; remanded to Ct. of App. | 05/20/13 | Unpublished |
| In re D.C.G. | 107,968 | Denied | 05/22/13 | Unpublished |
| In re E.L.W. | 106,241 | Denied | 05/20/13 | Unpublished |
| In re Equalization Appeal of Krueger | 105,775 107,123 | Denied | 06/14/13 | Unpublished |
| In re Estate of Miller | 107,134 | Denied | 08/19/13 | Unpublished |
| In re Estate of Strader | 105,964 | Granted | 05/20/13 | 47 Kan. App. 2d 374 |
| In re L.F. | 108,850 | Denied | 05/22/13 | Unpublished |
| In re Marriage of Cambell & Burnett | 108,064 | Denied | 08/30/13 | Unpublished |
| In re Marriage of Hohmann | 105,152 | Denied | 05/20/13 | 47 Kan. App. 2d 117 |
| In re Marriage of House | 104,164 | Denied | 04/08/13 | Unpublished |
| In re Marriage of Lee | 106,760 | Denied | 08/29/13 | Unpublished |
| In re Marriage of McKenney | 106,446 | Denied | 08/23/13 | Unpublished |
| In re Marriage of Nichols | 107,181 | Denied | 07/19/13 | Unpublished |
| In re R.R.A.N. | 108,201 | Denied | 08/29/13 | Unpublished |
| In re S.R.C. | 108,503 | Denied | 06/05/13 | Unpublished |
| In re S.R.M. | 107,398 | Denied | 04/18/13 | Unpublished |
| In re Tax Appeal of Cessna Employees Credit Union | 105,139 | Denied | 05/20/13 | 47 Kan. App. 2d 275 |
| In re Tax Appeal of Sandstone Creek Apartments | 106,323 | Denied | 05/20/13 | Unpublished |